PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>STEPHON D. BONNER,<br><br>　　　　　　Defendant. | Case No. 5:21-PO-00338-CDB<br><br>AS TO Citation No.: E1018300 CA-3F ONLY<br><br>MOTION AND ORDER FOR DISMISSAL |

　　　The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 5:21-PO-00338-CDB (AS TO Citation No. E1018300 CA-3F ONLY) against STEPHON D. BONNER, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: July 11, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:　　/s/ *Jeffrey A. Spivak*
　　　　　　　　　　　　　　　　　　　　　　　JEFFREY A. SPIVAK
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that Case No. 5:21-PO-00338-CDB (AS TO Citation No. E1018300 CA-3F ONLY) against STEPHON D. BONNER be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **July 13, 2023**                                   _____
                                                                                UNITED STATES MAGISTRATE JUDGE